# EXHIBIT A



## Companies House

# Current Appointments Report for:
# NOVAE UNDERWRITING LIMITED
# 03043816

## Created: 20/08/2013 15:52:09

Companies House is a registry of corporate information. We carry out basic checks to make sure that documents have been fully completed and signed, but we do not have the statutory power or capability to verify the accuracy of the information that corporate entities send to us. We accept all information that such entities deliver to us in good faith and place it on the public record. The fact that the information has been placed on the public record should not be taken to indicate that Companies House has verified or validated it in any way.

*1*

# Company Register Information

| | | |
|---|---|---|
| **Company Number:** | 03043816 | **Date of Incorporation:** 10/04/1995 |
| **Company Name:** | NOVAE UNDERWRITING LIMITED | |
| **Registered Office:** | 71 FENCHURCH STREET | |
| | LONDON | |
| | EC3M 4HH | |
| **Company Type:** | Private Limited Company | |
| **Country of Origin:** | United Kingdom | |
| **Status:** | Active | |
| **Nature Of Business (SIC):** | 64999 - Financial intermediation not elsewhere classified | |
| **Number of Charges:** | 2 ( 0 outstanding / 0 part satisfied / 2 satisfied ) | |

## Previous Names

| Date of Change | Previous Name |
|---|---|
| 28/02/2005 | SVB UNDERWRITING SERVICES LIMITED |
| 23/03/2000 | CLM UNDERWRITING LIMITED |
| 24/02/1999 | CLM GROUP HOLDINGS LIMITED |
| 05/06/1995 | HACKREMCO (NO.1028) LIMITED |

## Key Filing Dates

| | |
|---|---|
| **Accounting Reference Date:** | 31/12 |
| **Last Accounts Made Up To:** | 31/12/2012 (FULL) |
| **Next Accounts Due:** | 30/09/2014 |
| **Last Return Made Up To:** | 01/06/2013 |
| **Next Return Due:** | 29/06/2014 |
| **Last members list:** | 01/06/2013 |
| **Last Bulk Shareholders List:** | Not available |

# Current Appointments

**Number of current appointments:** 5

| | |
|---|---|
| **SECRETARY:** | FURMSTON, TERESA JANE MRS |
| **Appointed:** | 26/05/2011 |
| **Nationality:** | NATIONALITY UNKNOWN |
| **No. of Appointments:** | 1 |
| **Address:** | 21 MEADOW CLOSE |
| | ESHER |
| | SURREY |
| | UNITED KINGDOM |
| | KT10 0AY |

| | | |
|---|---|---|
| **DIRECTOR:** | HEMING, STEPHEN JOHN | |
| **Appointed:** | 09/03/2006 | **Date of Birth:** 04/12/1963 |
| **Nationality:** | BRITISH | |
| **No. of Appointments:** | 36 | |
| **Address:** | 53 HOLLINGBOURNE ROAD | |
| | LONDON | |
| | SE24 9NB | |
| **Country/State of Residence:** | UNITED KINGDOM | |

| | | |
|---|---|---|
| **DIRECTOR:** | HUDSON, MARK ANDREW | |
| **Appointed:** | 19/11/2009 | **Date of Birth:** 10/12/1967 |
| **Nationality:** | BRITISH | |
| **No. of Appointments:** | 37 | |
| **Address:** | 61 RED LANE | |
| | CLAYGATE | |
| | SURREY | |
| | KT10 0ES | |
| **Country/State of Residence:** | UK | |

| | | |
|---|---|---|
| **DIRECTOR:** | MURRAY, CLIVE LEE MR | |
| **Appointed:** | 23/07/2012 | **Date of Birth:** 29/06/1962 |

| | |
|---|---|
| **Nationality:** | BRITISH |
| **No. of Appointments:** | 34 |
| **Address:** | 6 HOLLYBUSH CLOSE |
| | SNARESBROOK |
| | LONDON |
| | UNITED KINGDOM |
| | E11 1PZ |
| **Country/State of Residence:** | UNITED KINGDOM |

| | | |
|---|---|---|
| **DIRECTOR:** | PRESTON, ROBERT ADAM MR | |
| **Appointed:** | 20/11/2012 | **Date of Birth:** 14/04/1967 |
| **Nationality:** | ENGLISH | |
| **No. of Appointments:** | 1 | |
| **Address:** | 71 FENCHURCH STREET | |
| | LONDON | |
| | EC3M 4HH | |
| **Country/State of Residence:** | SWITZERLAND | |

**This Report excludes resignations**

*4*

# Recent Filing History

**Documents filed since 05/04/2012**

| DATE | FORM | DESCRIPTION |
|---|---|---|
| 11/06/2013 | AR01 | 01/06/13 FULL LIST |
| 11/06/2013 | LATEST SOC | 11/06/13 STATEMENT OF CAPITAL;GBP 1 |
| 03/05/2013 | AA | FULL ACCOUNTS MADE UP TO 31/12/12 |
| 07/01/2013 | TM01 | APPOINTMENT TERMINATED, DIRECTOR ROBERT LILLEY |
| 07/01/2013 | TM01 | APPOINTMENT TERMINATED, DIRECTOR JONATHAN BUTCHER |
| 07/01/2013 | TM01 | APPOINTMENT TERMINATED, DIRECTOR PETER HOLLAND |
| 23/11/2012 | AP01 | DIRECTOR APPOINTED MR ROBERT ADAM PRESTON |
| 22/11/2012 | TM01 | APPOINTMENT TERMINATED, DIRECTOR MICHAEL METCALFE |
| 22/11/2012 | TM01 | APPOINTMENT TERMINATED, DIRECTOR PETER MATSON |
| 07/08/2012 | AP01 | DIRECTOR APPOINTED MR CLIVE LEE MURRAY |
| 07/08/2012 | TM01 | APPOINTMENT TERMINATED, DIRECTOR GUNTHER SAACKE |
| 14/06/2012 | AR01 | 01/06/12 FULL LIST |
| 04/05/2012 | TM01 | APPOINTMENT TERMINATED, DIRECTOR MICHAEL METCALFE |
| 05/04/2012 | AA | FULL ACCOUNTS MADE UP TO 31/12/11 |

**This Report excludes 88(2) Share Allotment documents**