# EXHIBIT B



# AR01 (ef)

## Annual Return



Received for filing in Electronic Format on the:      **11/06/2013**

X2ABNK5E

| | |
|---|---|
| Company Name: | **Novae Underwriting Limited** |
| Company Number: | **03043816** |
| Date of this return: | **01/06/2013** |
| SIC codes: | **64999** |
| Company Type: | **Private company limited by shares** |
| Situation of Registered Office: | **71 FENCHURCH STREET**<br>**LONDON**<br>**UNITED KINGDOM**<br>**EC3M 4HH** |

## Officers of the company

*Company Secretary 1*

| | |
|---|---|
| *Type:* | **Person** |
| *Full forename(s):* | **MRS TERESA  JANE** |

*Surname:*            **FURMSTON**

*Former names:*

*Service Address:*      **21 MEADOW CLOSE**
                             **ESHER**
                             **SURREY**
                             **UNITED KINGDOM**
                             **KT10 0AY**

*Company Director 1*

| | |
|---|---|
| *Type:* | **Person** |
| *Full forename(s):* | **STEPHEN JOHN** |
| *Surname:* | **HEMING** |

*Former names:*

*Service Address:* **53 HOLLINGBOURNE ROAD**
**LONDON**
**UNITED KINGDOM**
**SE24 9NB**

*Country/State Usually Resident:* **UNITED KINGDOM**

*Date of Birth:* **04/12/1963**     *Nationality:* **BRITISH**
*Occupation:* **COMPLIANCE DIRECTOR**

---

*Company Director* 2

*Type:* **Person**

*Full forename(s):* **MR MARK ANDREW**

*Surname:* **HUDSON**

*Former names:*

*Service Address:* **61 RED LANE**
**CLAYGATE**
**SURREY**
**UNITED KINGDOM**
**KT10 0ES**

*Country/State Usually Resident:* **UNITED KINGDOM**

*Date of Birth:* **10/12/1967**      *Nationality:* **BRITISH**

*Occupation:* **FINANCE DIRECTOR**

-----------------------------------------------------------------------------------------------------------------

Company Director 3

*Type:* **Person**

*Full forename(s):* MR CLIVE LEE

*Surname:* MURRAY

*Former names:*

*Service Address:* 6 HOLLYBUSH CLOSE
SNARESBROOK
LONDON
UNITED KINGDOM
E11 1PZ

*Country/State Usually Resident:* UNITED KINGDOM

*Date of Birth:* 29/06/1962          *Nationality:* BRITISH
*Occupation:* IT DIRECTOR

---

*Company Director*    4

*Type:*                **Person**

*Full forename(s):*      **MR ROBERT ADAM**

*Surname:*           **PRESTON**

*Former names:*

*Service Address recorded as Company's registered office*

*Country/State Usually Resident:*    **SWITZERLAND**

*Date of Birth:*  **14/04/1967**         *Nationality:* **ENGLISH**

*Occupation:*    **INSURANCE/REINSURANCE**

---

| Class of shares | ORDINARY | Number allotted | 1 |
| | | Aggregate nominal value | 1 |
| Currency | GBP | Amount paid per share | 1 |
| | | Amount unpaid per share | 0 |

Prescribed particulars

**THE SHARES HAVE ATTACHED TO THEM FULL VOTING, DIVIDEND AND CAPITAL DISTRIBUTION (INCLUDING ON WINDING UP) RIGHTS; THEY DO NOT CONFER ANY RIGHTS OF REDEMPTION.**

## Statement of Capital (Totals)

| Currency | GBP | Total number of shares | 1 |
| | | Total aggregate nominal value | 1 |

## Full Details of Shareholders

The details below relate to individuals / corporate bodies that were shareholders as at 01/06/2013 or that had ceased to be shareholders since the made up date of the previous Annual Return

*A full list of shareholders for the company are shown below*

*Shareholding 1* : **1 ORDINARY shares held as at the date of this return**

*Name:* **NOVAE HOLDINGS LIMITED**

## Authorisation

*Authenticated*

*This form was authorised by one of the following:*

Director, Secretary, Person Authorised, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor.