# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Diane M. Hendricks, et al.

                                        Plaintiff,

v.                                                        Case No.: 1:13–cv–05422

                                                               Honorable Amy J. St. Eve

Novae Underwriting, LTD

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 11,2013:

      MINUTE entry before Honorable Amy J. St. Eve:Status hearing held on 9/11/2013 and continued to 10/7/2013 at 08:30 AM. Joint status report shall be filed by 10/2/13. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.