UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DIANE M. HENDRICKS and AMERICAN PATRIOT INSURANCE AGENCY, INC. | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO.: 1:13-cv-5422 |
| v. | ) ) | HON. AMY J. ST. EVE |
| NOVAE UNDERWRITING, LTD., | ) ) | |
| Defendant. | ) | |

**JOINT INITIAL STATUS REPORT**

Plaintiffs Diane M. Hendricks ("Hendricks") and American Patriot Insurance Agency, Inc. ("American Patriot") and Defendant Novae Underwriting, Ltd. ("Novae") hereby submit this Joint Initial Status Report pursuant to Fed. R. Civ. P. 26(f), the Court's September 11, 2013 Minute Entry (Doc. No. 9) and the Court's Case Management Procedures.

1. **The Nature of the Case**

    A.  The attorneys of record for Plaintiffs Hendricks and American Patriot are Steven Dale Pearson (lead trial attorney) and Mitchell J. Edlund.

    The attorneys of record for Defendant Novae are Peter F. Lovato, III (lead trial attorney), John E. Black Jr. and W. Joel Vander Vliet.

    B.  The basis for federal jurisdiction over this matter is diversity jurisdiction pursuant to 28 U.S.C. § 1332. In an Order dated August 1, 2013, the Court ordered Plaintiffs to file a supplemental memorandum regarding jurisdiction. (Doc. No. 6.) Plaintiffs filed their supplemental memorandum on August 22, 2013. (Doc. No. 7.) The Court subsequently issued

an order on September 10, 2013, stating that "Plaintiffs have established sufficient diversity jurisdiction." (Doc. No. 8.)

        C.     The claims alleged in Plaintiffs' complaint are declaratory judgment and breach of contract. Plaintiffs allege that they sued Cunningham Lindsey Claims Management, Inc. ("Cunningham Lindsey") in Texas state court (the "Texas Litigation"). Plaintiffs further allege that, prior to trial in the Texas Litigation, they settled with Cunningham Lindsey and, as part of the settlement, Cunningham Lindsey assigned to Plaintiffs its right to indemnity under an insurance policy issued, in part, by Novae in London (the "London Policy"). Plaintiffs allege that a stipulated judgment in the amount of $5.12 million was entered in the Texas Litigation in favor of Plaintiffs and against Cunningham Lindsey. In this case, under the assignment of rights they received from Cunningham Lindsey, Plaintiffs seek to recover from Novae, one of the underwriters ("Underwriters") under the London Policy, contending that the loss is covered under the London Policy.

        No counterclaims have been filed. Defendant has not yet answered or otherwise responded to Plaintiffs' complaint. The parties have agreed that Novae will answer or otherwise respond to the complaint on or before October 17, 2013.

        D.     As Novae has not yet answered or otherwise responded to the complaint, the legal and factual issues in this case are not yet fully formed. However, one legal issue will be whether Plaintiffs' claims against Cunningham Lindsey in the Texas Litigation are covered under the London Policy. Other issues may include whether the stipulated judgment is reasonable and enforceable against Novae.

        E.     The Plaintiffs seek: a declaratory judgment that the stipulated judgment they obtained against Cunningham Lindsey is covered under the London Policy; a declaratory

judgment that Novae is obligated to indemnify Plaintiffs for the stipulated judgment to the extent of Novae's several share of Underwriters' obligations under and pursuant to the terms and conditions of the London Policy; judgment in favor of Plaintiffs finding that Novae breached its contractual obligations owed to Cunningham Lindsey; judgment in the amount of Novae's several share of Underwriters' obligations under and pursuant to the terms and conditions of the London Policy; and costs, interest and any other relief deemed just and proper.  Plaintiffs' claims are limited to recovery under the terms and conditions of the London Policy, together with interest and costs.  Plaintiffs do not seek extra-contractual relief.

**2.  Pending Motions and Case Plan**

  A.  There are no pending motions at this time.  The parties have agreed that Defendant will answer or otherwise respond to the complaint on or before October 17, 2013.

  B.  The parties propose the following discovery plan:

  1.  Discovery in this case is likely to include the exchange of documents, written discovery and depositions.

  2.  The parties will exchange Rule 26(a)(1) disclosures on or before November 1, 2013.

  3.  The deadline for the issuance of initial written discovery, specifically document requests and interrogatories, shall be December 6, 2013.

  4.  The deadline for Plaintiffs to join parties, amend pleadings and file supplemental pleadings shall be January 17, 2014.  A motion for leave to amend is not necessary.

  5.  The deadline for Defendants to join parties, amend pleadings and file supplemental pleadings shall be January 31, 2014.  A motion for leave to amend is not necessary.

6. The deadline for Plaintiffs' disclosure of expert witnesses and testimony pursuant to Fed. R. Civ. P. 26(a)(2) shall be September 5, 2014.

7. The deadline for Defendant's disclosure of expert witnesses and testimony pursuant to Federal Rule of Civil Procedure 26(a)(2) shall be October 3, 2014.

8. The deadline for the completion of fact discovery shall be October 3, 2014.

9. The deadline for the completion of expert discovery, including expert depositions, shall be November 14, 2014.

10. The deadline for filing any dispositive motions shall be January 16, 2015.

C. Plaintiffs have not requested a jury trial. At this time, the parties estimate the probable length of trial to be 4 days.

**3.     Consent to Proceed Before a Magistrate Judge**

The parties do not consent unanimously to proceed before a Magistrate Judge.

**4.     Status of Settlement Discussions**

Plaintiffs and Defendant discussed settlement several years ago, but no recent settlement discussions have occurred. The parties do not request a settlement conference.

Dated: October 2, 2013

Respectfully submitted,

/s/ W. Joel Vander Vliet
Peter F. Lovato, III
John E. Black Jr.
W. Joel Vander Vliet
BOUNDAS, SKARZYNSKI,
  WALSH & BLACK, LLC
200 East Randolph Drive
Suite 7200
Chicago, IL 60601
Tel: (312) 946-4200
Fax: (312) 946-4272

Attorneys for Defendant,
Novae Underwriting, Ltd.

/s/ Mitchell J. Edlund (with permission)
Steven Dale Pearson
Mitchell J. Edlund
MECKLER BULGER TILSON
  MARICK & PEARSON LLP
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Tel: (312) 474-7900
Fax: (312) 474-7898

Attorneys for Plaintiffs, Diane M. Hendricks and
American Patriot Insurance Agency, Inc.

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 2nd day of October, 2013, this document was filed through the Electronic Case Filing System of the United States District Court for the Northern District of Illinois and will be served electronically upon all counsel of record in this action.

               /s/ W. Joel Vander Vliet
               W. Joel Vander Vliet

4817-7599-0806