Diane M. Hendricks, et al.
         Plaintiff,

v.              Case No.: 1:13–cv–05422
              Honorable Amy J. St. Eve

Novae Underwriting, LTD
         Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 7, 2013:

  MINUTE entry before Honorable Amy J. St. Eve:Status hearing held on 10/7/2013 and continued to 12/6/2013 at 08:30 AM. Rule 26(a)(1) disclosures by 11/1/13. Written discovery shall be issued by 12/6/13. Plaintiffs shall join parties, amend pleadings and file supplemental pleadings by 1/17/14 and defendants by 1/31/14. Fact discovery shall be completed by 8/29/14. Any dispositive motions, with supporting memoranda, shall be filed by 9/30/14. Parties are directed to meet and confer pursuant to Rule 26(f) and exhaust all settlement possibilities prior to the next status hearing. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.