**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DIANE M. HENDRICKS, as Assignee of CUNNINGHAM LINDSEY CLAIMS MANAGEMENT, INC., a Delaware Corporation, and successor in interest to LINDSEY MORDEN CLAIMS MANAGEMENT, INC. and AMERICAN PATRIOT INSURANCE AGENCY, INC., a Wisconsin corporation, also as Assignee of CUNNINGHAM LINDSEY CLAIMS MANAGEMENT, INC., a Delaware Corporation, and successor in interest to LINDSEY MORDEN CLAIMS MANAGEMENT, INC.,

Plaintiffs,

v.

NOVAE CORPORATE UNDERWRITING, LTD.,

Defendant

---

NOVAE CORPORATE UNDERWRITING, LTD.,

Counter-Plaintiff,

v.

DIANE M. HENDRICKS, and AMERICAN PATRIOT INSURANCE AGENCY, INC., a Wisconsin corporation,

Counter-Defendants

Case No.: 13-cv-05422

Judge Sara L. Ellis

**PLAINTIFFS' AGREED MOTION TO SUBSTITUTE PARTY**

Plaintiffs/Counter-Defendants, Diane M. Hendricks and American Patriot Insurance Agency, Inc. ("American Patriot") (collectively, "Plaintiffs"), by and through their undersigned attorneys, move this Court pursuant to FED. R. CIV. P. 25(c) for an order granting leave to

substitute Hendricks Holding Company, Inc. as a party plaintiff in lieu of American Patriot. In support of this Motion, Plaintiffs state as follows:

1. On July 30, 2013, Plaintiffs, as assignees of Cunningham-Lindsey Claims Management, Inc. ("Cunningham"), filed this action against Novae Corporate Underwriting, Ltd. ("Novae"), seeking payments under an insurance policy (the "Policy") issued to Cunningham's parent company, Fairfax Financial Holdings, by Novae, and certain other underwriters at Lloyd's, London, in order to satisfy a judgment entered in favor of Hendricks and American Patriot against Cunningham in the 431st Judicial Court in Denton County, Texas.

2. American Patriot recently commenced efforts to wind-down its corporate affairs and ultimately dissolve the company. In connection with its efforts to dissolve the company, on February 28, 2014, American Patriot assigned to Hendricks Holding Company, Inc., among other things, all of its claims against Novae in this litigation and all of its rights to payment under the Policy. (*See* a true and correct copy of the Assignment, attached as Exhibit A).

3. Pursuant to Federal Rule of Civil Procedure 25(c), in the case of any transfer of interest, the Court upon motion has discretion to direct the person to whom the interest is transferred to be substituted in the action. FED. R. CIV. P. 25(c). Substitution under Rule 25(c) is appropriate, as here, when the transferee of an interest is the real party in interest and where the original party has been dissolved. *See Panther Pumps & Equipment Co. v. Hydrocraft, Inc.*, 566 F.2d 8, 46 (7th Cir. 1977) (reversing denial of motion to substitute defendant after entry of judgment).

4. Because American Patriot has commenced its dissolution and Hendricks Holding Company, Inc. is now the owner of all claims against Novae arising out of the Policy, Hendricks Holding Company, Inc. is the real party in interest to this lawsuit.

5. Accordingly, Plaintiffs now seek to substitute Hendricks Holding Company, Inc. in place of American Patriot as a party plaintiff in this action.

6. On August 4, 2014, the undersigned discussed with Novae's counsel, Joel Vander Vliet, that American Patriot had assigned its claims against Novae to Hendricks Holding Company, Inc. and would be filing a motion to substitute parties. Mr. Vander Vliet stated that Novae did not have an objection to the motion to substitute.

**WHEREFORE,** Plaintiffs/Counter-Defendants, Diane M. Hendricks and American Patriot Insurance Agency, Inc., respectfully request that this Court grant their Motion to Substitute Hendricks Holding Company, Inc. as a party plaintiff in this action instead of American Patriot Insurance Agency, Inc., enter an order amending the caption of this case, and for such other and further relief as the Court deems just and proper under the circumstances.

Dated: August 4, 2014

**Diane M. Hendricks and American Patriot Insurance Agency, Inc.**

By: /s/ Mitchell J. Edlund
One of their Attorneys

Steven D. Pearson (No. 6190506)
Mitchell J. Edlund (No. 6229190)
MECKLER BULGER TILSON MARICK & PEARSON LLP
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 474-7900 - Telephone
(312) 474-7898 – Facsimile

## CERTIFICATE OF SERVICE

The undersigned, pursuant to the penalties for perjury, certifies and affirms that a true and accurate copy of the foregoing **Plaintiffs' Motion to Substitute Parties** was served upon:

Peter F. Lovato, III
W. Joel Vander Vliet
BOUNDAS, SKARZYNSKI, WALSH & BLACK, LLC
200 E. Randolph Street, Suite 7200
Chicago, IL 60601

via Electronic Case Filing (ECF) on August 4, 2014.

/s/ Mitchell J. Edlund

M:\15099\pleading\mot (substitute).docx