**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Diane M. Hendricks, et al.

Plaintiff,

v.

Case No.: 1:13−cv−05422
Honorable Sara L. Ellis

Novae Corporate Underwriting, Ltd.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 5, 2014:

MINUTE entry before the Honorable Sara L. Ellis: Status hearing held on 8/5/2014. Parties report that discovery is ongoing and they do not expect to complete discovery in time. Motion to substitute party [25] is granted. Leave is granted to substitute Hendricks Holding Company, Inc. as a party plaintiff in this action instead of American Patriot Insurance Agency, Inc. Joint Motion for extension of time [27] is granted. Cross motions due 9/19/14, responses due 10/17/14, replies due 10/31/14. Fact Discovery is closed 2/20/15. Dispositive Motions are due 3/20/15. Status hearing set for 1/21/2015 at 09:30 AM for ruling on cross motions for summary judgment. Motion hearing set for 8/7/14 is stricken, parties need not to appear. (lcw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.