**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DIANE M. HENDRICKS, and HENDRICKS HOLDING COMPANY, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| NOVAE CORPORATE UNDERWRITING, LTD., | ) ) |
| Defendant. | ) |

Case No. 1:13-cv-05422

Judge Ellis

**UNOPPOSED MOTION TO ENLARGE THE BRIEFING SCHEDULE
ON THE PARTIES' CROSS MOTIONS FOR SUMMARY JUDGMENT**

Plaintiffs, Diane M. Hendricks and Hendricks Holding Company, Inc. (collectively, "Hendricks"), move this Court, pursuant to F ED R. C IV. P. 6(b), for an order extending the briefing schedule on the parties' Cross Motions for Summary Judgment on the issue of the validity and enforceability of the underlying settlement and assignment agreement and stipulated judgment that Hendricks received from one of Novae's insureds, Cunningham Lindsey, in connection with litigation Hendricks filed against Cunningham Lindsey. A conflict of interest has risen that requires Hendricks' counsel to withdraw from this case, thereby necessitating the current request for an enlargement of time for the parties to complete the current briefing schedule on the Cross Motions for Summary Judgment (Dkt. No. 30.) In support of the Motion, Hendricks states as follows:

1.  This case is an insurance coverage dispute under a liability policy (the "Policy") issued by certain Underwriters at Lloyd's of London, including Novae, under which Cunningham Lindsey Claims Management, Inc. ("Cunningham Lindsey") is an Assured.

2. In the underlying litigation Hendricks filed against Cunningham Lindsey, the parties reached a settlement agreement in which Cunningham Lindsey agreed to assign its purported rights to payment under the Policy to the Hendricks parties. Prior to trial, pursuant to that settlement agreement, a stipulated judgment was entered in favor of Hendricks and against Cunningham Lindsey in the amount of $5,120,000. Hendricks filed this lawsuit on July 30, 2013, seeking a declaration that the underlying matter is covered and that Hendricks, as Cunningham Lindsey's assignee, is entitled to payment under the Policy for the settlement.

3. On August 4, 2014, the parties filed a Joint Motion to Extend the Scheduling Order (Dkt. No. 27) so that the parties could set a briefing schedule on the issue of the validity and enforceability of the underlying settlement and assignment agreement and stipulated judgment. This Court granted the Joint Motion and set a briefing schedule for the Cross Motions for Summary Judgment on the issue of the validity and enforceability of the underlying settlement and judgment. (Dkt No. 30.)

4. Since that time, however, a conflict has arisen with Hendricks' counsel that precludes Hendricks' counsel from continuing to represent Hendricks in this action. Hendricks is in the process of engaging new counsel to represent it in this action, but additional time is needed to complete the transition from Hendricks' current counsel and it new counsel. Hendricks' counsel believes that it will have completed this transition shortly.

5. In order to complete this transition, including the substitution of counsel, additional time is needed to complete the briefing on the parties' Cross Motions for Summary Judgment on the issue of the validity and enforceability of the underlying settlement and judgment.

6.	Accordingly, Hendricks seeks to enlarge the current briefing schedule as follows: (i) Cross Motions for Summary Judgment are due October 24, 2014; (ii) Responses due on November 21, 2014; and (ii) Replies due on December 5, 2014. The proposed briefing schedule will not affect the status hearing date currently set for January 21, 2015. Enlarging the briefing schedule on the Cross Motions for Summary Judgment will not unreasonably delay this litigation. To the contrary, the requested extension will allow the parties to brief and argue an issue that may dispose of this litigation more quickly and efficiently. Moreover, no discovery closure dates have been set and no trial date has been set.

7.	The undersigned counsel has met and conferred with Novae Corporate Underwriting, Ltd.'s counsel, Peter Lovato and Joel Vander Vliet, on several occasions about the need for counsel to withdraw and the proposed enlargement of the current briefing schedule on the parties' Cross Motions for Summary Judgment. Messrs. Lovato and Vander Vliet did not bring the referenced conflict to the attention of Hendrick's counsel, and were unaware that such a conflict had arisen with Hendrick's counsel until very recently. Messrs. Lovato and Vander Vliet have stated that they do not have an objection to the requested enlargement of time.

**WHEREFORE,** Plaintiffs, Diane M. Hendricks and Hendricks Holding Company, Inc., respectfully request that the Court enter an order enlarging the briefing schedule on the parties' Cross Motions for Summary Judgment as follows:

A.	Cross Motions for Summary Judgment are due on or before October 24, 2014;

B.	Opposition briefs are due on or before November 21, 2014;

C.	Reply briefs due on or before December 5, 2014; and

D.	For such other and further relief as this court deem just and proper.

Dated: September 19, 2014    **Diane M. Hendricks and Hendricks Holding Company, Inc.**

By:   /s/ Mitchell J. Edlund
        One of their Attorneys

Steven D. Pearson (No. 6190506)
Mitchell J. Edlund (No. 6229190)
MECKLER BULGER TILSON MARICK & PEARSON LLP
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 474-7900 - Telephone
(312) 474-7898 – Facsimile

## **CERTIFICATE OF SERVICE**

The undersigned, pursuant to the penalties for perjury, certifies and affirms that a true and accurate copy of the foregoing **Plaintiffs' Motion for Enlargement of Time** was served upon:

> Peter F. Lovato, III
> W. Joel Vander Vliet
> BOUNDAS, SKARZYNSKI, WALSH & BLACK, LLC
> 200 E. Randolph Street, Suite 7200
> Chicago, IL 60601

via Electronic Case Filing (ECF) on September 19, 2014.

/s/ Mitchell J. Edlund

M:\15099\pleading\mot002me.docx