**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of Case Number: 1:13-cv-05422

**DIANE M. HENDRICKS and**
**HENDRICKS HOLDING COMPANY, INC.**,

v.

**NOVAE CORPORATE UNDERWRITING, LTD.**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

**DIANE M. HENDRICKS and HENDRICKS HOLDING COMPANY, INC.**

| | |
|---|---|
| NAME (Type or print) | Matthew O. Stromquist |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/Matthew O. Stromquist |
| FIRM | Meckler Bulger Tilson Marick & Pearson LLP |
| STREET ADDRESS | 123 N. Wacker Drive, Suite 1800 |
| CITY/STATE/ZIP | Chicago, Illinois 60606 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6312185 | TELEPHONE NUMBER 312/474-7900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") | N |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") | N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") | N |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") | N |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. RETAINED COUNSEL APPOINTED COUNSEL | |